AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

## McALLEN DIVISION

JUL 2 5 2014

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Hugo Damian BALDERAS-Ramos
A071 504 881

AKA:

IAE          YOB: 1981
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: *M-14-1430-M*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **June 26, 2014** _____ in _____ **Hidalgo** _____ County, in

the _____ **Southern** _____ District of _____ **Texas** _____ defendants(s) did,
(*Track Statutory Language of Offense*)

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Pharr, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1326** _____ **(Felony)** _____
I further state that I am a(n) _____ **Deportation Officer** _____ and that this complaint is based on the
following facts:

**On June 26, 2014, Hugo Damian BALDERAS-Ramos a citizen of Mexico was encountered by Immigration Officers at the Pharr municipal jail in Pharr, Texas. An immigration Detainer was placed upon the defendant and record checks revealed the defendant was formally removed from the United States to Mexico for the first (1st) time on December 11, 2007 via the Del Rio, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about August 10, 2010 by wading the Rio Grande River at or near Hidalgo, Texas. On May 13, 2005, the defendant was convicted of Possession with intent to distribute cocaine and sentenced to forty-six (46) months to the custody of the United States Bureau of Prisons.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA J. Leo

_____
Signature of Complainant

_____
Jorge Rodriguez          Deportation Officer
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**July 25, 2014**          *12:42 pm* at   **McAllen, Texas**
Date                                      City and State

_____
**Peter E. Ormsby** , **U.S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer